THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
Gary Slezak,       
Appellant,
 
 
 

v.

 
 
 
South Carolina Department of Corrections,       
Respondent.
 
 
 

Appeal From Dorchester County
Perry M. Buckner, Circuit Court Judge

Memorandum Opinion No. 2005-MO-017
Submitted May 3, 2005  Filed May 9, 2005

AFFIRMED

 
 
 
Assistant Appellate Defender Aileen P. Clare, Office of Appellate Defense, of Columbia, for Appellant.
David M. Tatarsky, Mary Davenport Anderson and Kelli Gregg Maddox, all of S.C. Dept. of Corrections, of Columbia, for Respondent.
 
 
 

 PER CURIAM:  Appellant appeals from an order of the circuit court dismissing his appeal from an order of the Administrative Law Court Division in an inmate grievance.  Counsel for appellant has filed a brief pursuant to Anders v. California, 386 U.S. 738 (1967).  Respondent has filed a brief in opposition, and appellant has filed a pro se brief.
This Court has never authorized the use of an Anders-type procedure in appeals in inmate grievances.  However, we have conducted the type of review required by Anders in this matter, including a review of appellants pro se brief, and affirm pursuant to Rule 220(b)(1), SCACR.  Counsels motion to be relieved is granted.
AFFIRMED.
 TOAL, C.J., WALLER, BURNETT and PLEICONES, JJ., concur.  MOORE, J., not participating.